IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY WAYNE JOHNSON, JR., | ) | No. C 11-0495 LHK (PR) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| A. HEDGPETH, Warden, | ) ) | |
| Respondent. | ) ) | |

The Court has dismissed the instant petition for a writ of habeas corpus as untimely. Therefore, judgment is entered in favor of Respondent. Petitioner shall take nothing by way of his petition. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 10/17/11

LUCY H. KOH
United States District Judge

Judgment
P:\pro-se\sj.lhk\hc.11\Johnson495jud